# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3247

_____

Christine V. Gregory,

        Appellant,

    v.

Columbus McKinnon Corporation,
Yale Hoists Division; Yale Industrial
Products, Inc., its subsidiary,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Eastern
\*  District of Arkansas.
\*
\*     [UNPUBLISHED]
\*
\*
\*

_____

Submitted: October 10, 2000

Filed: October 16, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Christine V. Gregory appeals the district court's grant of summary judgment in favor of Gregory's employer, Columbus McKinnon Corporation, and its subsidiary, Yale Industrial Products, Inc., in her gender discrimination suit. Having carefully reviewed the record and the parties' briefs, we cannot find any evidence suggesting that Gregory was discharged because of her gender. We thus affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.